AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>2000 Honda Accord LX, light blue in color, bearing<br>Puerto Rico license plate EIX-445 | ) <br>) <br>) Case No. 18-707 (SCC)<br>) <br>) <br>) |

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Puerto Rico___
*(identify the person or describe the property to be searched and give its location)*:
2000 Honda Accord LX, light blue in color, bearing Puerto Rico license plate EIX-445

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   ___04-26-2018___
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.   ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
___On Duty___.
(name)

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☑ for ___30___ days (not to exceed 30).
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __04-19-2018  10:24 am__   _____
Judge's signature

City and state:  __SAN JUAN, PUERTO RICO__   __US MAGISTRATE JUDGE SYLVIA CARREÑO-COLL__
Printed name and title

[Stamp: FILED SAN JUAN P.R. CLERK'S OFFICE US DISTRICT COURT 2018 APR 30 PM 4:03 RECEIVED & FILED INTAKE DROP BO.]

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 18-707 (SCC) | 4/24/18  16:00 | |

Inventory made in the presence of:
HSI TFO's Leonel Cancel and Christian Alvelo

Inventory of the property taken and name of any person(s) seized:

- Aproximately 157 grams of Merijuana.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/ /18

_Executing officer's signature_

Christian Alvelo Ramos  TFO HSI
_Printed name and title_